UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH NADER,
    53 Hillside Avenue
    Winstead, Connecticut 06098

PETER MIGUEL CAMEJO,
    1760 Barhead Court
    Folsom, CA 95630

D.B. FANNING
    827 West Summit Avenue
    Flagstaff, AZ 86001

C.K. IRELAND
    827 West Summit Avenue
    Flagstaff, AZ 86001

JULIE COYLE
    4101 Drummond Road
    Toledo, OH 43613

HERMAN BLANKENSHIP
    235 East Oakland
    Toledo, OH 43608

LLOYD MARBET
    19142 Southeast Baker's Ferry Road
    Boring, OR 97009

GREGORY KAFOURY
    320 Stark Street
    Portland, OR 97204

        PLAINTIFFS,

   v.

THE DEMOCRATIC NATIONAL COMMITTEE
    430 South Capitol Street, SE
    Washington, DC 20003

KERRY-EDWARDS 2004 INC.
    10 G Street, NE, Suite 700
    Washington, DC 20002

Civil Action No. 07-2136-RMU

-2-

THE BALLOT PROJECT, INC.
    1730 Rhode Island Avenue, NW
    Washington, DC 20036

AMERICA COMING TOGETHER
    1101 Vermont Avenue, NW 9th Floor
    Washington, DC 20005

SERVICE EMPLOYEES INTERNATIONAL UNION
    1313 L Street, NW
    Washington, DC 20005

JOHN KERRY
    United States Senate
    304 Russell Building, Third Floor
    Washington, DC 20510

JACK CORRIGAN
    896 Beacon Street
    Boston, MA 02215

TOBY MOFFETT
    499 South Capitol Street, SW, Suite 600
    Washington, DC 20003

ELIZABETH HOLTZMAN
    2 Park Avenue
    New York, NY 10016

ROBERT BRANDON
    1730 Rhode Island Avenue, NW, Suite 712
    Washington, DC 20036

MARK BREWER
    606 Townsend
    Lansing, MI 48933

    and

REED SMITH, LLP
    435 Sixth Avenue
    Pittsburgh, PA 15219

                  DEFENDANTS

## NOTICE OF CONSENT TO REMOVAL

Defendant John Kerry and Defendant Kerry-Edwards 2004 Inc., by and through their undersigned counsel, hereby consent to removal of this case to the United States District Court for the District of Columbia.

DATED: November 30, 2007

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Marc E.Elias

Marc E. Elias
D.C. Bar No. 442007
melias@perkinscoie.com
PERKINS COIE LLP
607 14th Street, NW, Suite 800
Washington, DC 20005-2003
Telephone:  (202) 628-6600
Facsimile:  (202) 654-9126

Counsel for Defendant John Kerry and
Defendant Kerry-Edwards 2004 Inc.