UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALPH NADER, et al., | ) |
| Plaintiffs | ) |
| v. | ) |
| THE DEMOCRATIC NATIONAL COMMITTEE et al., | ) Civil Action No. 07-2136-RMU |
| Defendants. | ) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joseph E. Sandler and John Hardin Young, whose address, bar numbers and telephone number are set forth below, will appear as counsel for defendants Democratic National Committee and Jack Corrigan in the above-captioned matter.

Respectfully submitted,

_____/s/ Joseph E. Sandler_____

Joseph E. Sandler
D.C. Bar # 255919
John Hardin Young
D.C. Bar # 190553
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E.  # 300
Washington, D.C. 20003
Telephone: (202) 479-1111
Fax:  (202) 479-1115

>                             Attorneys for Defendants Democratic National Committee
>                             and Jack Corrigan

Dated: December 3, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of December 2007, I served a copy of the foregoing Notice of Appearance by first-class mail on--

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009

Attorney for Plaintiffs

Michael B. Trister, Esq.
Lichtman, Trister & Ross, PLLC
Suite 500
1666 Connecticut Ave., N.W.
Washington, D.C. 20009

Judith A. Scott, Esq.
General Counsel
John J. Sullivan
Associate General Counsel
SEIU
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Attorneys for Service Employees International Union


　　　　　/s/　Joseph E. Sandler　

Joseph E. Sandler

Attorney for Defendants Democratic National Committee and Jack Corrigan