UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALPH NADER, et al., | ) |
|     Plaintiffs | ) |
| v. | ) |
|  | ) Civil Action No. 07-2136-RMU |
| THE DEMOCRATIC NATIONAL COMMITTEE et al., | ) |
|     Defendants. | ) |

### CONSENT TO REMOVAL

Defendants Democratic National Committee and Jack Corrigan, by and through undersigned counsel, hereby join in and consent to the removal of the case of *Ralph Nader et al. v. Democratic National Committee et al.*, District of Columbia Superior Court No. 2007 CA 007245, to the United States District Court for the District of Columbia.

Respectfully submitted,


_____/s/ Joseph E. Sandler_____

Joseph E. Sandler
D.C. Bar # 255919
John Hardin Young
D.C. Bar # 190553
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E.  # 300
Washington, D.C. 20003
Telephone: (202) 479-1111
Fax:  (202) 479-1115

                                        Attorneys for Defendants Democratic National Committee and Jack Corrigan

Dated: December 3, 2007

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of December 2007, I served a copy of the foregoing Consent to Removal by first-class mail on--

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009

Attorney for Plaintiffs

Michael B. Trister, Esq.
Lichtman, Trister & Ross, PLLC
Suite 500
1666 Connecticut Ave., N.W.
Washington, D.C. 20009

Judith A. Scott, Esq.
General Counsel
John J. Sullivan
Associate General Counsel
SEIU
1800 Massachusetts Ave., N.W.
Washington, D.C. 20036

Attorneys for Service Employees International Union


_____/s/__ Joseph E. Sandler __

Joseph E. Sandler

Attorney for Defendants Democratic National Committee and Jack Corrigan