UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RALPH NADER, et al.,                )
                                    )
    Plaintiffs                      )
                                    )
                                    )
    v.                              )
                                    ) Civil Action No. 07-2136-RMU
THE DEMOCRATIC NATIONAL COMMITTEE   )
et al.,                             )
                                    )
    Defendants.                     )
_____)

**JOINT MOTION TO ENLARGE TIME
TO SERVE ANSWERS OR MOTIONS IN RESPONSE
TO THE COMPLAINT**

    All plaintiffs in this action and all defendants who have been served in this action to date, namely, defendants Democratic National Committee, Kerry-Edwards 2004, Inc., The Ballot Project, Inc., America Coming Together, Service Employees International Union, Senator John Kerry, Jack Corrigan, Toby Moffett, Robert Brandon, Elizabeth Holtzman and Reed Smith LLP, hereby move the Court, pursuant to Fed. R. Civ. P. 6(b), for an order enlarging the time in which each defendant is required, pursuant to Fed. R. Civ. P. 12, to file an answer or motion in response to the Complaint, until January 31, 2008.

    In support of this Motion, the parties submit that defendants have been served at various times with a complaint originally filed in District of Columbia Superior Court; a notice of removal to this Court was filed by defendant Service Employees International Union on November 27, 2008; and all defendants joining herein have filed or will be

filing timely consents to that removal.  Given the number of defendants, the removal of the action and the coming holidays, the parties agree that the interests of efficiency would best be served by setting a uniform date to move or answer, by January 31, 2008.

## **CONCLUSION**

For the reasons set forth above, the parties respectfully request that the Court grant their Joint Motion and enter the Proposed Order submitted herewith.

Respectfully submitted,


/s/ Oliver B. Hall	/s/  Joseph E. Sandler
Oliver B. Hall	Joseph E. Sandler
D.C. Bar # 97463	D.C. Bar #255919
1835 16th Street, N.W.	John Hardin Young
Washington, D.C. 20009	SANDLER, REIFF & YOUNG, P.C.
	50 E Street, S.E. #300
	Washington, D.C. 20003
	Telephone (202) 479-1111


Attorney for Plaintiffs	Attorneys for Defendants Democratic
	National Committee and Jack Corrigan


/s/ Michael B. Trister	/s/ Lawrence M. Noble
Michael B. Trister	Lawrence M. Noble
D.C. Bar# 54080	D.C. Bar #24434
LICHTMAN, TRISTER & ROSS, PLLC	SKADDEN, ARPS, SLATE, MEAGHER
Suite 500	& FLOM LLP
1666 Connecticut Ave., N.W.	1440 New York Ave., N.W.
Washington, D.C. 20009	Washington, D.C. 20005-2111
Tel: (202) 328-1666	Tel: (202) 371-7365


Attorneys for Defendant	Attorneys for Defendants
Service Employees International	Hon. Toby Moffett, Robert Brandon
Union	Elizabeth Holtzman
	and The Ballot Project, Inc.

2

/s/ Mark E. Elias
Mark E. Elias
D.C. Bar #442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005
Tel: (202) 434-1609

Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry

/s/ Douglas K. Spaulding
Douglas K. Spaulding
D.C. Bar #936948
REED SMITH LLP
1301 K Street, N.W.
Suite 1100—East Tower
Washington, D.C. 20005
Tel: (202) 414-9235

Attorneys for Defendant
Reed Smith LLP

/s/  Laurence E. Gold
Laurence E. Gold
D.C. Bar #33689
LICHTMAN, TRISTER & ROSS, PLLC
Suite 500
1166 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 328-1666, ext. 1352

Lyn Utrecht, Esq.
D.C. Bar #272666
RYAN, PHILLIPS, UTRECHT & MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 292-1177

Attorneys for America Coming Together

Dated:  December 3, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of December 2007, I served a copy of the foregoing Joint Motion to Enlarge Time to Serve Answers or Motions In Response to the Complaint, by first class mail, postage prepaid on:

| | |
|---|---|
| Oliver B. Hall<br>D.C. Bar # 97463<br>1835 16th Street, N.W.<br>Washington, D.C. 20009 | Joseph E. Sandler<br>D.C. Bar #255919<br>John Hardin Young<br>SANDLER, REIFF & YOUNG, P.C.<br>50 E Street, S.E. #300<br>Washington, D.C. 20003 |
| Attorney for Plaintiffs | Attorneys for Defendants Democratic National Committee and Jack Corrigan |
| Michael B. Trister<br>D.C. Bar# 54080<br>LICHTMAN, TRISTER & ROSS, PLLC<br>Suite 500<br>1666 Connecticut Ave., N.W.<br>Washington, D.C. 20009 | Lawrence M. Noble<br>D.C. Bar #24434<br>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005-2111 |
| Attorneys for Defendant<br>Service Employees International Union | Attorneys for Defendants<br>Hon. Toby Moffett, Robert Brandon<br>Elizabeth Holtzman<br>and The Ballot Project, Inc. |

| | |
|---|---|
| Mark E. Elias<br>D.C. Bar #442007<br>PERKINS COIE<br>607 14th St., N.W.<br>Washington, D.C. 20005 | Douglas K. Spaulding<br>D.C. Bar #936948<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1100—East Tower<br>Washington, D.C. 20005 |
| Attorneys for Defendants<br>Kerry-Edwards 2004, Inc. and<br>Senator John Kerry | Attorneys for Defendant<br>Reed Smith LLP |

Laurence E. Gold
D.C. Bar #33689
LICHTMAN, TRISTER & ROSS, PLLC
Suite 500
1166 Connecticut Ave., N.W.
Washington, D.C. 20036

Lyn Utrecht, Esq.
D.C. Bar #272666
RYAN, PHILLIPS, UTRECHT & MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036
Tel: (202) 292-1177

Attorneys for America Coming Together

/s/ Joseph E. Sandler

Joseph E. Sandler

Attorney for Defendants Democratic National Committee and Jack Corrigan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
RALPH NADER, et al.,                      )
                                          )
    Plaintiffs                           )
                                          )
                                          )
    v.                                    )
                                          ) Civil Action No. 07-2136-RMU
THE DEMOCRATIC NATIONAL COMMITTEE         )
et al.,                                   )
                                          )
    Defendants.                           )
_____)

## **[PROPOSED] ORDER**

Upon consideration of the parties' joint motion to enlarge the time in which defendants are required to serve an answer or motion in response to the Complaint, it is hereby

ORDERED, that the time in which each defendant who has been served as of the date hereof shall be required to serve on plaintiffs an answer or motion, pursuant to Fed. R. Civ. P. 12, is enlarged to January 31, 2008.


                                                       _____

                                                       RICARDO M. URBINA

                                                       United States District Judge


Signed this ___ day of December 2007.

Copies to:

Oliver B. Hall, Esq.
1835 16th Street, N.W.
Washington, D.C. 20009
oliverbhall@gmail.com

Attorney for Plaintiffs

Joseph E. Sandler
John Hardin Young
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E. # 300
Washington, D.C. 20036
sandler@sandlerreiff.com

Attorneys for Defendants Democratic
National Committee and Jack Corrigan

Michael B. Trister, Esq.
LICHTMAN, TRISTER & ROSS, PLLC
Suite 500
1666 Connecticut Ave., N.W.
Washington, D.C. 20009
ltrister@ltsr.com

Attorneys for Defendants
Service Employees International
Union

Lawrence M. Noble
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111
lnoble@skadden.com

Attorneys for Defendants
Robert Brandon, Elizabeth Holtzman,
Toby Moffett and The Ballot Project, Inc.

Mark E. Elias
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

melias@perkinscoie.com

Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry

Douglas K. Spaulding
REED SMITH LLP
1301 K Street, N.W.
Suite 1100—East Tower
Washington, D.C. 20005

dspaulding@reedsmith.com

Attorneys for Defendant
Reed Smith LLP

2

Laurence E. Gold
LICHTMAN, TRISTER & ROSS PLLC
Suite 500

1666 Connecticut Ave., N.W.
Washington, D.C. 20009

lgold@ltsr.com

Attorneys for Defendant
America Coming Together