UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>THE DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>        Defendants. | Civil Action No. 07-2136-RMU |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Marc E. Elias whose address, bar number and telephone number are set forth below, will appear as counsel for Defendant John Kerry and Defendant Kerry-Edwards 2004 Inc. in the above captioned matter.

DATED: December 3, 2007.

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ Marc E.Elias

Marc E. Elias
D.C. Bar No. 442007
melias@perkinscoie.com
PERKINS COIE LLP
607 14th Street, NW, Suite 800
Washington, DC 20005-2003
Telephone:  (202) 628-6600
Facsimile:  (202) 654-9126

Counsel for Defendant John Kerry and
Defendant Kerry-Edwards 2004 Inc.