UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RALPH NADER, *et al.*,            )
                                  )
   Plantiffs,                   )
                                  )
   v.                           )
                                  ) Civil Action No. 07-2136-RMU
DEMOCRATIC NATIONAL COMMITTEE, *et al.*, )
                                  )
   Defendants.                  )

### NOTICE OF APPEARANCE

Undersigned counsel enter their appearances for defendant America Coming Together.

        Respectfully submitted,

        /s/ Laurence E. Gold
        Laurence E. Gold
        D.C. Bar No. 336891
        Suite 500
        1666 Connecticut Avenue, NW
        Washington, D.C. 20009
        (202) 328-1666

        /s/ Lyn Utrecht
        Lyn Utrecht
        D.C. Bar No. 272666
        Ryan, Phillips, Utrecht & MacKinnon
        1133 Connecticut Avenue, NW
        Suite 300
        Washington, D.C. 20009
        (202) 293-1177

        Attorneys for defendant
        America Coming Together

December 12, 2007