UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RALPH NADER, *et al.*,  )
                       )
    Plantiffs,         )
                       )
    v.                 )
                       ) Civil Action No. 07-2136-RMU
DEMOCRATIC NATIONAL COMMITTEE, *et al.*,  )
                       )
    Defendants.        )

## CONSENT TO REMOVAL

Defendant America Coming Together consents to the removal of *Ralph Nader, et al. v. Democratic National Committee, et al.*, District of Columbia Superior Court No. 2007 CA 007245, to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Laurence E. Gold
Laurence E. Gold
D.C. Bar No. 336891
Suite 500
1666 Connecticut Avenue, NW
Washington, D.C. 20009
(202) 328-1666

/s/ Lyn Utrecht
Lyn Utrecht
D.C. Bar No. 272666
Ryan, Phillips, Utrecht & MacKinnon
1133 Connecticut Avenue, NW
Suite 300
Washington, D.C. 20009
(202) 293-1177

Attorneys for defendant
America Coming Together

December 12, 2007