UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 07-2136-RMU |
| : | |
| **THE DEMOCRATIC NATIONAL** : | |
| **COMMITTEE, et al.** : | |
| : | |
| Defendants. : | |

**NOTICE OF ATTORNEY CHANGE OF ADDRESS**

Oliver B. Hall, counsel for Plaintiff Ralph Nader, hereby notifies the Court and all parties that he has moved to 1835 16th St. N.W., Washington, D.C., 20009. Future pleadings and correspondence should reflect this change of address.

Dated the 13th day of December, 2007.

                                          Respectfully submitted,

                                          /s/Oliver B. Hall
                                          Oliver B. Hall
                                          D.C. Bar No. 976463
                                          1835 16th Street N.W.
                                          Washington, D.C. 20009
                                          (617) 953-0161

                                          *Counsel for Defendant Ralph Nader*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Attorney Change of Address was served on December 13, 2007, by first class mail, on the following parties:

| | |
|---|---|
| Joseph E. Sandler<br>D.C. Bar No. 255919<br>John Hardin Young<br>SANDLER, REIFF & YOUNG<br>50 E Street, S.E. #300<br>Washington, D.C. 20003<br><br>*Attorneys for Defendants Democratic*<br>*National Committee and Jack Corrigan* | Michael B. Trister<br>D.C. Bar No. 54080<br>LICHTMAN, TRISTER & ROSS, PLLC<br>1666 Connecticut Ave., N.W., Suite 500<br>Washington, D.C. 20009<br><br>*Attorneys for Defendant Service Employees*<br>*International Union* |
| Lawrence Noble<br>D.C. Bar No. 24434<br>SKADDEN, ARPS, SLATE, MEAGHER<br>& FLOM, LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005-2111<br><br>*Attorneys for Defendants*<br>*Toby Moffett, Robert Brandon,*<br>*Elizabeth Holtzman and The*<br>*Ballot Project, Inc.* | Mark E. Elias<br>D.C. Bar No. 442007<br>PERKINS COIE<br>607 14th St., N.W.<br>Washington, D.C. 20005<br><br>*Attorneys for Defendants*<br>*Kerry-Edwards 2004, Inc. and*<br>*Senator John Kerry* |
| Laurence E. Gold<br>D.C. Bar No. 33689<br>LICHTMAN, TRISTER & ROSS, PLLC<br>1166 Connecticut Ave., N.W., Suite 500<br>Washington, D.C. 20036 | Douglas K. Spaulding<br>D.C. Bar No. 936948<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1100 – East Tower<br>Washington, D.C. 20005<br><br>*Attorneys for Defendant Reed Smith LLP* |
| Lyn Utrecht<br>D.C. Bar No. 272666<br>RYAN, PHILLIPS, UTRECHT<br>& MACKINNON<br>1133 Connecticut Ave., N.W.<br>Washington, D.C. 20036<br><br>*Attorneys for America Coming Together* | /s/ Oliver B. Hall<br>Oliver B. Hall<br><br>*Attorney for Plaintiffs* |