UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
RALPH NADER, et al.,                   )
                                       )
    Plaintiffs                         )
                                       )
                                       )
    v.                                 )
                                       )  Civil Action No. 07-2136-RMU
THE DEMOCRATIC NATIONAL COMMITTEE      )
et al.,                                )
                                       )
    Defendants.                        )
_____ )

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Joseph E. Sandler and John Hardin Young, whose address, bar numbers and telephone number are set forth below, will appear as counsel for defendant Mark Brewer in the above-captioned matter.

Respectfully submitted,


_____/s/ Joseph E. Sandler_____

Joseph E. Sandler
D.C. Bar # 255919
John Hardin Young
D.C. Bar # 190553
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E.  # 300
Washington, D.C. 20003
Telephone: (202) 479-1111
Fax:  (202) 479-1115

Attorneys for Defendant Mark Brewer

Dated: December 13, 2007

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 13th day of December 2007, I served a copy of the foregoing Notice of Appearance by first-class mail on--

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009

Attorney for Plaintiffs

           _____/s/__Joseph E. Sandler __

           Joseph E. Sandler

           Attorney for Defendant Mark Brewer