UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
RALPH NADER, et al.,                      )
                                          )
        Plaintiffs                        )
                                          )
                                          )
        v.                                )
                                          ) Civil Action No. 07-2136-RMU
THE DEMOCRATIC NATIONAL COMMITTEE         )
et al.,                                   )
                                          )
        Defendants.                       )
_____ )

## CONSENT TO REMOVAL

Defendant Mark Brewer, by and through undersigned counsel, hereby joins in and

consents to the removal of the case of *Ralph Nader et al. v. Democratic National*

*Committee et al.*, District of Columbia Superior Court No. 2007 CA 007245, to the

United States District Court for the District of Columbia.


                        Respectfully submitted,



                        _____/s/ Joseph E. Sandler _____

                        Joseph E. Sandler
                        D.C. Bar # 255919
                        John Hardin Young
                        D.C. Bar # 190553
                        SANDLER, REIFF & YOUNG, P.C.
                        50 E Street, S.E. # 300
                        Washington, D.C. 20003
                        Telephone: (202) 479-1111
                        Fax: (202) 479-1115

                        Attorneys for Defendant Mark Brewer

Dated: December 13, 2007

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 13th  day of December 2007, I served a copy of the

foregoing Consent to Removal by first-class mail on--

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009

Attorney for Plaintiffs


\_\_\_\_\_/s/\_\_Joseph E. Sandler \_\_

Joseph E. Sandler

Attorney for Defendant Mark Brewer