UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., <br><br>  Plaintiffs <br><br> v. <br><br> THE DEMOCRATIC NATIONAL COMMITTEE et al., <br><br>  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-2136-RMU <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Lawrence M. Noble, whose address, bar number and telephone number are set forth below, will appear as counsel for defendants The Ballot Project, Inc., Robert Brandon, Elizabeth Holtzman, and Toby Moffet in the above captioned matter.

                      Respectfully submitted,

                      /s/ Lawrence M. Noble
                      Lawrence M. Noble
                      D.C. Bar # 244434
                      SKADDEN, ARPS, SLATE,
                      MEAGHER & FLOM LLP
                      1440 New York Avenue, N.W.
                      Washington, D.C. 20005-2111
                      Tel: (202) 371-7365
                      Fax: (202)-371-0565
                      Email: lnoble@skadden.com
                      Attorney for Defendants The Ballot Project, Inc.,
                      Robert Brandon, Elizabeth Holtzman, and Toby
                      Moffet

Dated: December 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2007, I served a copy of the foregoing Notice of Appearance by first-class mail on:

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009
Attorney for Plaintiffs

                                        /s/ Lawrence M. Noble
                                        Lawrence M. Noble