UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RALPH NADER, et al.,                )
                                    )
    Plaintiffs                      )
                                    )
                                    )
v.                                  )
                                    ) Civil Action No. 07-2136-RMU
DEMOCRATIC NATIONAL COMMITTEE et al., )
                                    )
                                    )
    Defendants.                     )
                                    )

## CONSENT TO REMOVAL

Defendants The Ballot Project, Inc., Robert Brandon, Elizabeth Holtzman, and Toby Moffet, by and through undersigned counsel, hereby consent to the removal of the case of *Ralph Nader et al. v. Democratic National Committee et al.*, District of Columbia Superior Court No. 2007 CA 007245, to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Lawrence M. Noble
Lawrence M. Noble
D.C. Bar # 244434
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
Tel: (202) 371-7365
Fax: (202) 371-0565
Email: lnoble@skadden.com

Attorney for Defendants The Ballot Project, Inc.,
Robert Brandon, Elizabeth Holtzman, and Toby Moffet

Dated: December 13, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December 2007, I served a copy of the foregoing Notice of Appearance by first-class mail on:

Oliver B. Hall, Esq.
1835 16th St., N.W.
Washington, D.C. 20009
Attorney for Plaintiffs

                                               /s/ Lawrence M. Noble
                                               Lawrence M. Noble