UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-2136 (RMU) |
| ) | |
| THE DEMOCRATIC NATIONAL ) | |
| COMMITTEE, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## CONSENT TO REMOVAL

Defendant Reed Smith LLP by and through undersigned counsel, hereby join in and consent to the removal of the case of *Ralph Nader et al. v. Democratic National Committee et al.,* District of Columbia Superior Court No. 2007 CA 007245, to the United States District Court for the District of Columbia.

Respectfully submitted,

_____/s/_____
Douglas K. Spaulding
D.C. Bar # 936948
Reed Smith LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC 20005-3373
Telephone: (202) 414-9200
Fax: (202) 414-9299
*Attorney for Defendant Reed Smith LLP*