UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, *et al.*, | ) <br> ) <br> ) |
| Plantiffs, | ) <br> ) |
| v. | ) Civil Action No. 07-2136-RMU <br> ) |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF APPEARANCE

Undersigned counsel enter their appearances for defendant America Coming Together.

                                                                      Respectfully submitted,

                                                                      /s/ Laurence E. Gold
                                                                      Laurence E. Gold
                                                                      D.C. Bar No. 336891
                                                                      Suite 500
                                                                       1666 Connecticut Avenue, NW
                                                                       Washington, D.C. 20009
                                                                       (202) 328-1666

                                                                      /s/ Lyn Utrecht
                                                                      Lyn Utrecht
                                                                      D.C. Bar No. 272666
                                                                      Ryan, Phillips, Utrecht & MacKinnon
                                                                      1133 Connecticut Avenue, NW
                                                                      Suite 300
                                                                      Washington, D.C. 20009
                                                                      (202) 293-1177

                                                                      Attorneys for defendant
                                                                      America Coming Together

January 2, 2008