UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., | : |
| | : |
| **Plaintiffs** | : |
| | : |
| v. | : |
| | : |
| THE DEMOCRATIC NATIONAL COMMITTEE, et al., | : |
| | : |
| **Defendants.** | : |

Civil Action No. 07-2136-RMU

## PLAINTIFFS' MOTION TO REMAND

Pursuant to 28 U.S.C. § 1441(c), Plaintiffs hereby move the Court to remand this action, which Defendants removed from to the Superior Court for the District of Columbia on November 27, 2007, back to that court.

In support of this Motion, Plaintiffs submit that their Amended Complaint, filed with the Court on January 23, 2008, provides no basis for this Court to exercise jurisdiction over the action, because the Amended Complaint raises no federal claims arising under the laws or Constitution of the United States.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request the Court to grant the Motion to Remand and enter the Proposed Order submitted herewith.

Dated: January 23, 2008                Respectfully Submitted,

/s/ Oliver B. Hall
_____

Oliver B. Hall
D.C. Bar No. 976463

1835 16th Street, N.W.
Washington, D.C. 20009
(617) 953-0161

*Counsel for Plaintiffs Ralph Nader,*
*Peter Miguel Camejo, D.B. Fanning,*
*C.K. Ireland, Julie Coyle, Herman*
*Blankenship, Lloyd Marbet and*
*Gregory Kafoury*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| : | |
| **Plaintiffs** : | |
| : | |
| **v.** : | |
| : | **Civil Action No. 07-2136-RMU** |
| **THE DEMOCRATIC NATIONAL** : | |
| **COMMITTEE, et al.,** : | |
| : | |
| **Defendants.** : | |
| : | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Remand, it is hereby

ORDERED, pursuant to 28 U.S.C. § 1441(c), that this action is remanded to the

Superior Court of the District of Columbia.

_____

RICARDO M. URBINA

United States District Judge

Signed this ___ day of January 2008.

3

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Remand and

Proposed Order on January 23, 2008 by means of the Court's CM/ECF system or by first

class mail, postage prepaid, on the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic
National Committee and Jack Corrigan*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees
International Union*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants
Toby Moffett, Robert Brandon,
Elizabeth Holtzman and The
Ballot Project, Inc.*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry*

Laurence E. Gold
D.C. Bar No. 33689
LICHTMAN, TRISTER & ROSS, PLLC
1166 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for America Coming Together*

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

/s/ Oliver B. Hall
Oliver B. Hall
*Attorney for Plaintiffs*