UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., :<br>:<br>  Plaintiffs :<br>:<br>v. :<br>: Civil Action No. 07-2136-RMU<br>THE DEMOCRATIC NATIONAL :<br>COMMITTEE, et al., :<br>:<br>  Defendants. :<br>: | |

**NOTICE OF AMENDED COMPLAINT AND MOTION TO REMAND**

NOTICE IS HEREBY GIVEN that Plaintiffs in the above-captioned matter filed the enclosed Amended Complaint and Motion to Remand with the Court on January 23, 2008.

                                                    Respectfully submitted,


                                                    /s/ Oliver B. Hall
                                                    Oliver B. Hall
                                                    D.C. Bar No. 976463
                                                    1835 16th Street N.W.
                                                    Washington, D.C. 20009
                                                    (617) 953-0161

                                                    *Counsel for Plaintiffs Ralph Nader,*
                                                    *Peter Miguel Camejo, D.B. Fanning,*
                                                    *C.K. Ireland, Julie Coyle, Herman*
                                                    *Blankenship, Lloyd Marbet and*
                                                    *Gregory Kafoury*

Dated: January 23, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January 2008, I served a copy of the foregoing Notice of Amended Complaint and Motion to Remand by first class mail, postage prepaid, on:

Douglas K. Spaulding, Esq.
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Counsel for Defendant Reed Smith*

/s/ Oliver B. Hall

Oliver B. Hall

*Counsel for Plaintiffs Ralph Nader, Peter Miguel Camejo, D.B. Fanning, C.K. Ireland, Julie Coyle, Herman Blankenship, Lloyd Marbet and Gregory Kafoury*