UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,**           ) <br> ) <br> **Plaintiff,**    ) <br> ) <br> v.                  ) <br> ) <br> **THE DEMOCRATIC NATIONAL**   ) <br> **COMMITTEE, et al.**         ) <br> ) <br> **Defendants.**   ) <br> ) | Civil Action No. 07-2136 (RMU) |

### NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Douglas K. Spaulding, whose address, bar number and telephone number are set forth below, will appear as counsel for the defendant Reed Smith in the above captioned matter.

                                        Respectfully submitted,

                                            /s/ Douglas K. Spaulding
                                        Douglas K. Spaulding
                                        D.C. Bar #936948
                                        REED SMITH LLP
                                        1301 K Street, NW
                                        Suite 1100 – East Tower
                                        Washington, DC 20005
                                        Phone: (202) 414-9235
                                        Fax: (202) 414-9299
                                        E-mail: dspaulding@reedsmith.com

Dated:  January 28, 2008