UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

|   |   |
|---|---|
| Ralph Nader, et al., ) | |
| ) | Civ. Action No. 07-2136 |
| v. ) | |
| Democratic National Committee ) | |
| et al. ) | |

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Stephen E. Hershkowitz, whose address, bar number and telephone number are set forth below, will appear as counsel for defendant Democratic National Committee in the above captioned matter.

February 1, 2008

Respectfully submitted,

_____/s/_____
Stephen E. Hershkowitz
D.C. Bar no. 282947

SANDLER, REIFF & YOUNG, P.C.
50 E. Street, S.E., suite 300
Washington, D.C. 20003
(202) 479-1111
(202) 479-1115 (facsimile)
stephenhershkowitz@yahoo.com

after February 8, 2008
300 M Street, S.E., suite 1102
Washington, D.C. 20003

Attorneys for Defendant
Democratic National Committee