UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE DEMOCRATIC NATIONAL COMMITTEE, et al.,<br><br>        Defendants. | Civil Action No. 07-2136-RMU |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned counsel of record for Kerry-Edwards 2004 Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Kerry-Edwards 2004 Inc. that have any outstanding securities in the hands of the public.  This representation is made in order that judges of this court may determine the need for recusal.

DATED: February 5, 2008.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By:  /s/ Marc E. Elias

        Marc E. Elias
        D.C. Bar No. 442007
        MElias@perkinscoie.com
        607 Fourteenth Street N.W., Suite 800
        Washington, D.C.  20005-2011
        Telephone:  202.628.6600
        Facsimile:  202.654.9126

        *Counsel for Defendants*
        *John Kerry and Kerry-Edwards 2004 Inc*.