UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE DEMOCRATIC NATIONAL )<br>COMMITTEE, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 07-2136-RMU |

### Certificate Required By Rule 7.1 of the Federal Rules of Civil Procedure and Local Rules of the United States District Court for the District of Columbia

I, the undersigned, counsel of record for The Ballot Project, Inc., certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of The Ballot Project, Inc., which have any outstanding securities in the hands of the public. There is no parent corporation of The Ballot Project or any publicly held corporation that owns 10% or more of its stock.

This representation is made in order that judges of this Court may determine the need for recusal.

Dated: February 5, 2008

Respectfully submitted,

_____/S/_____
Lawrence M. Noble
D.C. Bar No. 244434
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005-2111
(202) 371-7000


Preeta D. Bansal
D.C. Bar No. 431195
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000


*Counsel for Defendants The Ballot Project, Inc.
Robert Brandon, Elizabeth Holtzman, and
Toby Moffett*