UNITED STATE DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE DEMOCRATIC NATIONAL ) <br> COMMITTEE, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-2136 (RMU) |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Lasagne A. Wilhite, whose address, bar number and telephone number are set forth below, will appear as counsel for Defendant Reed Smith LLP in the above-captioned matter. Ms. Wilhite joins as counsel for Reed Smith Mr. Douglas K. Spaulding, who will continue to represent Defendant Reed Smith in this matter.

 Respectfully submitted,

 /s/ Lasagne A. Wilhite 
 Lasagne A. Wilhite
 D.C. Bar No. 475438
 REED SMITH LLP
 1301 K Street, NW
 Suite 1100 – East Tower
 Washington, DC 20005
 Phone: (202) 414-9390
 Fax: (202) 414-9299
 E-mail: lwilhite@reedsmith.com

Dated: February 5, 2008