UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

_____
)
Ralph Nader, et al.,                )
                                    )    Civ Action No. 1:07-cv-02136 RMU
v.                                  )
                                    )
The Democratic National Committee   )
                            et al.  )
_____)

**DEFENDANT DEMOCRATIC NATIONAL COMMITTEE'S
CERTIFICATE REQUIRED BY LCVR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

  I, the undersigned, counsel of record for the Democratic National Committee, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of the Democratic National Committee (DNC) which have any outstanding securities in the hands of the public. DNC is an unincorporated association that is the governing body of the Democratic Party.  The DNC's assets are held by, and its employees are employed by, a District of Columbia nonprofit corporation called DNC Services Corporation of which the officers are the same as the DNC national officers.

  These representations are made in order that judges of this court may determine the need for recusal.

  Attorney of Record for the Democratic National Committee.

Respectfully submitted,

February 6, 2008

_____/s/_____
Joseph E. Sandler,
D.C. Bar no. 255919
John Hardin Young
D.C. Bar no. 190553
Stephen E. Hershkowitz

        D.C. Bar no. 282947

        SANDLER, REIFF & YOUNG, P.C.
        50 E. Street, S.E., suite 300
        Washington, D.C. 20003
        (202) 479-1111
        (202) 479-1115 (facsimile)
        Sandler@sandlerreiff.com

        after February 8, 2008
        300 M Street, S.E., suite 1102
        Washington, D.C. 20003

        Attorneys for Defendant
        Democratic National Committee
        Jack Corrigan
        Mark Brewer