UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| Plaintiffs : | |
| v. : | Civil Action No. 07-2136-RMU |
| **THE DEMOCRATIC NATIONAL COMMITTEE, et al.,** : | |
| Defendants. : | |

**PLAINTIFFS' MOTION TO ENLARGE TIME
TO FILE AN OPPOSITION TO MOTIONS TO DISMISS**

Plaintiffs, with the consent of all defendants, hereby move the Court for an order, pursuant to Fed. R. Civ. P. 6(b), enlarging the time in which they are required, pursuant to LCvR 7(b), to file an opposition to all defendants' motions to dismiss filed on February 4, 2008, to March 31, 2008.

In support of this Motion, plaintiffs submit that on February 4, 2008, defendants collectively filed six separate motions to dismiss plaintiffs' Complaint. Plaintiffs consented to defendants' motion to enlarge the time to file these motions pursuant to Fed. R. Civ. P. 12, which the Court granted, and defendants consent to plaintiffs' motion to enlarge the time in which they are required to file an opposition to these motions pursuant to LCvR 7(b). Accordingly, due to the large number of motions to dismiss, the parties agree that the interests of efficiency are best served by setting the date for plaintiffs to file an opposition to the motions to March 31, 2008.

## **CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion and enter the Proposed Order submitted herewith.

Dated: February 7, 2008                                    Respectfully Submitted,

 /s/ Oliver B. Hall

Oliver B. Hall, Esquire
D.C. Bar No. 976463
oliverbhall@gmail.com
1835 16th Street NW
Washington, D.C. 20009
Tel: (617) 953-0161

*Counsel for plaintiffs Ralph Nader, Peter Miguel Camejo, Gregory Kafoury, Lloyd Marbet, D.B. Fanning, C.K. Ireland, Julie Coyle, and Herman Blankenship*

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Brian Vereschagin, Esquire
Gonzalez & Leigh, LLP
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

# CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Motion to Enlarge Time to File an Opposition to Motions to Dismiss on February 7, 2008 by means of the Court's CM/ECF system or by first class mail, postage prepaid, on the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic National Committee and Jack Corrigan*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants
Toby Moffett, Robert Brandon,
Elizabeth Holtzman and The
Ballot Project, Inc.*

Laurence E. Gold
D.C. Bar No. 33689
LICHTMAN, TRISTER & ROSS, PLLC
1166 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for America Coming Together*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees International Union*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry*

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

/s/ Oliver B. Hall
Oliver B. Hall
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RALPH NADER, et al.,** : | |
| **Plaintiffs** : | |
| v. : | Civil Action No. 07-2136-RMU |
| **THE DEMOCRATIC NATIONAL COMMITTEE, et al.,** : | |
| **Defendants.** : | |

### [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion to Enlarge Time to File an Opposition to Motions to Dismiss, it is hereby

ORDERED, that the time in which plaintiffs shall be required to file an opposition to all motions to dismiss filed by defendants on February 4, 2008 is enlarged to March 31, 2008.

_____

RICARDO M. URBINA

United States District Judge

Signed this \_\_\_ day of February 2008.

Copies to:

Joseph E. Sandler
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic
National Committee and Jack Corrigan*

Lawrence Noble
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants
Toby Moffett, Robert Brandon,
Elizabeth Holtzman and The
Ballot Project, Inc.*

Laurence E. Gold
LICHTMAN, TRISTER & ROSS, PLLC
1166 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Lyn Utrecht
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant America Coming Together*

Michael B. Trister
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees
International Union*

Mark E. Elias
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants
Kerry-Edwards 2004, Inc. and
Senator John Kerry*

Douglas K. Spaulding
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

Oliver B. Hall
1835 16th Street N.W.
Washington, D.C. 20009
oliverbhall@gmail.com

*Attorney for Plaintiffs*