UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RALPH NADER, *et al.*, :<br>:<br>Plaintiffs :<br>:<br>v. :<br>:<br>DEMOCRATIC NATIONAL COMMITTEE, *et al.*,:<br>:<br>Defendants. :<br>: | Civil Action No. 07-2136-RMU |

**PRAECIPE WITHDRAWING MOTION TO REMAND AS MOOT**

Plaintiffs hereby withdraw their motion to remand this case to the Superior Court of the District of Columbia, which Plaintiffs filed on January 23, 2008, together with an Amended Complaint dismissing their federal claims under 42 U.S.C. § 1983.

Plaintiffs moved to remand this case to the Superior Court because the Amended Complaint raised no claims arising under federal law. However, on March 12, 2008, the U.S. District Court for the Eastern District of Virginia transferred to this Court a case Plaintiffs filed that includes claims arising under 42 U.S.C. § 1983. That transfer effectively makes Plaintiffs' motion to remand moot. Because the transferred case, docketed as civil action number 1:08-cv-00428-RMU, arises out of the same nucleus of operative facts as this case and contains federal issues, Plaintiffs withdraw their motion to remand.

Given the two related cases now pending before this Court, Plaintiffs plan to move for leave to amend their Amended Complaint to consolidate all claims against all defendants from both cases into one Second Amended Complaint before this Court. This

course of action will avoid duplication and provide for the efficient adjudication of

Plaintiffs' claims and will not prejudice any party.

    For the foregoing reasons Plaintiffs respectfully withdraw their motion to remand.

        Respectfully submitted,

        /s/ Oliver B. Hall

        Oliver B. Hall
        D.C. Bar # 976463
        1835 16th Street N.W.
        Washington, D.C. 20009
        Tel: (617) 953-0161
        oliverbhall@gmail.com

        Attorney for Plaintiffs

Dated: March 13, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of March 2008, I electronically served a copy of the foregoing Praecipe Withdrawing Motion to Remand as Moot by means of the Court's CM/ECF system, or by first class mail, upon the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic National Committee, Terry McAuliffe and Jack Corrigan*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees International Union*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants Toby Moffett, Robert Brandon, Elizabeth Holtzman, Steven Raikin and The Ballot Project, Inc.*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants Kerry-Edwards 2004, Inc. and Senator John Kerry*

Laurence E. Gold
D.C. Bar No. 33689
LICHTMAN, TRISTER & ROSS, PLLC
1166 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for America Coming Together*

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

/s/ Oliver B. Hall
Oliver B. Hall