UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RALPH NADER, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 07-2136-RMU |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, | : | |
| Defendants. | : | |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE ONE MEMORANDUM IN OPPOSITION TO DEFENDANTS' SIX MOTIONS TO DISMISS**

Plaintiffs hereby move, pursuant to LCvR 7(e) and with the consent of all parties, for leave to file one memorandum of points and authorities, not to exceed sixty-five pages in length, in opposition to Defendants' six motions to dismiss currently pending before the Court.

In support of this Motion, plaintiffs submit that Defendants have collectively filed six motions to dismiss, which raise many of the same factual questions and legal issues, and that the convenience of the Court and the parties and the interest of efficiency will be best served if plaintiffs file one memorandum in opposition to all six motions to dismiss.

## **CONCLUSION**

For the foregoing reasons, plaintiffs respectfully request that the Court grant their Motion and enter the Proposed Order submitted herewith.

Respectfully submitted,

/s/ Oliver B. Hall

Oliver B. Hall
D.C. Bar # 976463
1835 16th Street N.W.
Washington, D.C. 20009
Tel: (617) 953-0161
oliverbhall@gmail.com

Attorney for Plaintiffs

Dated: March 18, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RALPH NADER, *et al.*, | : | |
| Plaintiffs | : | |
| v. | : | Civil Action No. 07-2136-RMU |
| DEMOCRATIC NATIONAL COMMITTEE, *et al.*, | : | |
| Defendants. | : | |

**[PROPOSED] ORDER**

Upon consideration of plaintiffs' motion for leave to file one memorandum in opposition to defendants' six motions to dismiss currently pending before the Court, it is hereby

ORDERED, that plaintiffs shall file one memorandum in opposition to all six currently pending motions to dismiss, not to exceed sixty-five pages in length.

_____
RICARDO M. URBINA

United States District Judge

Signed this \_\_ day of March 2008.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of March 2008, I served a copy of the

foregoing Motion For Leave to File One Memorandum in Opposition to Defendants' Six

Motions to Dismiss by means of the Court's CM/ECF system upon the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic
National Committee, Terry McAuliffe
and Jack Corrigan*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees
International Union*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants
Toby Moffett, Robert Brandon,
Elizabeth Holtzman, Steven Raikin
and The Ballot Project, Inc.*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants Kerry-Edwards
2004, Inc. and Senator John Kerry*

Laurence E. Gold
D.C. Bar No. 33689
LICHTMAN, TRISTER & ROSS, PLLC
1166 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20036

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for Defendant Reed Smith, LLP*

*Attorneys for America Coming Together*

/s/ Oliver B. Hall
Oliver B. Hall