## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RALPH NADER, et al.,** | **:** | |
| | **:** | |
| **Plaintiffs** | **:** | |
| | **:** | |
| **v.** | **:** | **Civil Action No. 07-2136-RMU** |
| | **:** | |
| **DEMOCRATIC NATIONAL COMMITTEE,** | **:** | |
| **et al.** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **:** | |

## <u>NOTICE OF PROPOSED ORDER</u>

PLAINTIFFS HEREBY NOTICE the attached Proposed Order, filed in

connection with Plaintiffs' Response in Opposition to Defendants' Motions to Dismiss,

and pursuant to the Court's Standing Order for Civil Cases.


Dated: April 12, 2008                              Respectfully Submitted,

                                                   /s/ Oliver B. Hall

                                                   Oliver B. Hall
                                                   D.C. Bar No. 976463
                                                   1835 16th Street, N.W.
                                                   Washington, D.C. 20009
                                                   (617) 953-0161
                                                   oliverbhall@gmail.com

                                                   *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **RALPH NADER, et al.,** | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | **Civil Action No. 07-2136-RMU** |
| | : | |
| **DEMOCRATIC NATIONAL COMMITTEE,** | : | |
| **et al.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## [PROPOSED] ORDER

IT IS ORDERED that the motions to dismiss the complaint pursuant to Fed. R.

Civ. P. Rules 12(b)(1) and 12(b)(6), filed by Defendants Democratic National Committee

et al., Kerry-Edwards 2004, Inc. et al, The Ballot Project et al., Reed Smith LLP, Service

Employees International Union and America Coming Together on February 4, 2008, are

hereby denied.


Dated:                                                   _____

                                                         RICARDO URBINA
                                                         United Stated District Court Judge

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of April 2008, I electronically served a copy of the

foregoing Notice of Proposed Order by means of the Court's CM/ECF system upon the

following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic*
*National Committee and Jack Corrigan*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees*
*International Union*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants*
*Toby Moffett, Robert Brandon,*
*Elizabeth Holtzman and*
*The Ballot Project, Inc.*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants Kerry-Edwards*
*2004, Inc. and Senator John Kerry*

Laurence E. Gold
D.C. Bar No. 336891
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for America Coming Together*

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

/s/ Oliver B. Hall
Oliver B. Hall