UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| RALPH NADER *et al.*, | : | | |
| | : | | |
| Plaintiffs, | : | Civil Action No.: | 07-2136 (RMU) |
| | : | | |
| v. | : | Document Nos.: | 28, 29, 30, 31, 32, 34 |
| | : | | |
| THE DEMOCRATIC NATIONAL COMMITTEE *et al.*, | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### GRANTING THE DEFENDANTS' MOTIONS TO DISMISS

For the reasons stated in this court's Memorandum Opinion separately and contemporaneously issued this 27th day of May, 2008, it is hereby

**ORDERED** that the defendants' motions to dismiss are **GRANTED**.

**SO ORDERED**.

                                                RICARDO M. URBINA
                                               United States District Judge