UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RALPH NADER, et al., : | File Number: **1:07-cv-02136-RMU** |
| Plaintiffs, : | |
| v. : | JOINT NOTICE OF APPEAL |
| DEMOCRATIC NATIONAL COMMITTEE, et. al., : | |
| Defendants. : | |

**PLAINTIFFS' JOINT NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Plaintiffs RALPH NADER, PETER MIGUEL CAMEJO, GREGORY KAFOURY, LLOYD MARBET, D.B. FANNING, C.K. IRELAND, JULIE COYLE and HERMAN BLANKENSHIP, by and through their undersigned attorneys, pursuant to Rule 3(a) and (b), Federal Rules of Appellate Procedure, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the judgment entered in favor of Defendants on the 27th day of May, 2008.

Dated: June 26, 2008            /s/ Oliver B. Hall

Oliver B. Hall
Attorney for Plaintiffs
D.C. Bar No. 976463
1835 16th Street, N.W.
Washington, D.C. 20009
(617) 953-0161
oliverbhall@gmail.com

Bruce Afran, Esquire
10 Braeburn Drive
Princeton, NJ 08540
*Of Counsel*

Mark R. Brown, Esquire
303 East Broad Street
Columbus, OH 43215
*Of Counsel*

Carl J. Mayer, Esquire
Mayer Law Group, LLC
1040 Avenue of the Americas, Suite 2400
New York, NY 10018
*Of Counsel*

Gonzalez & Leigh, LLP
Matt Gonzalez, Esquire
G. Whitney Leigh, Esquire
Bryan Vereschagin, Esquire
Two Shaw Alley
San Francisco, CA 94105
*Of Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June 2008, I electronically served a copy of the foregoing Notice of Appeal by means of the Court's CM/ECF system, or by first class mail, upon the following parties:

Joseph E. Sandler
D.C. Bar No. 255919
John Hardin Young
SANDLER, REIFF & YOUNG
50 E Street, S.E. #300
Washington, D.C. 20003

*Attorneys for Defendants Democratic
National Committee
and Jack Corrigan*

Lawrence Noble
D.C. Bar No. 24434
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM, LLP
1440 New York Ave., N.W.
Washington, D.C. 20005-2111

*Attorneys for Defendants
Toby Moffett, Robert Brandon,
Elizabeth Holtzman
and The Ballot Project, Inc.*

Laurence E. Gold
D.C. Bar No. 336891
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

Lyn Utrecht
D.C. Bar No. 272666
RYAN, PHILLIPS, UTRECHT
& MACKINNON
1133 Connecticut Ave., N.W.
Washington, D.C. 20036

*Attorneys for America Coming Together*

Michael B. Trister
D.C. Bar No. 54080
LICHTMAN, TRISTER & ROSS, PLLC
1666 Connecticut Ave., N.W., Suite 500
Washington, D.C. 20009

*Attorneys for Defendant Service Employees
International Union*

Mark E. Elias
D.C. Bar No. 442007
PERKINS COIE
607 14th St., N.W.
Washington, D.C. 20005

*Attorneys for Defendants Kerry-Edwards
2004, Inc. and John Kerry*

Douglas K. Spaulding
D.C. Bar No. 936948
REED SMITH, LLP
1301 K Street N.W.
Suite 1100 – East Tower
Washington, D.C. 20005

*Attorneys for Defendant Reed Smith, LLP*

/s/ Oliver B. Hall
Oliver B. Hall